ADOLPHE REISSE, WILLIAM REISSE, AND CHARLES REISSE, (CO-PARTNERS UNDER THE NAME AND FIRM OF A. REISSE & BROS.,) Respondents, v. FLORIAN MUELLER AND HENRY BLAKESLY IMPLEADED WITH FRANZ OECHSLIN, Appellants.

*Appeal from St. Louis Land Court.*

*Taussig & Kellogg*, for respondents.

*Jecko & Clover*, for appellants.

FAGG, Judge, delivered the opinion of the court.

There is no essential difference between this case and the one decided at the present term in favor of Otto P. Kœnig and against the same defendants.   For the reasons given in that case, the judgment of the court below will be affirmed. The other judges concur.